IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

RAMI KHALED EL ALI, et al,

　　Plaintiffs,

v.                                                          Case No. 8:18-cv-2415 (PX)

JEFFERSON SESSIONS, et al.,

　　Defendants.

## ORDER

This matter comes before the Court on the Plaintiffs and Official Capacity Defendants' Joint Motion to Set Briefing Schedule and Page Limits for the Official Capacity Defendants' Anticipated Motion to Dismiss. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the Official Capacity Defendants shall file their Motion to Dismiss ("Defendants' Motion"), together with an accompanying memorandum not to exceed 75 pages, on or before December 14, 2018; it is further

ORDERED that Plaintiffs shall file a memorandum in opposition to Defendants' Motion, not to exceed 75 pages, on or before February 15, 2019; and it further

ORDERED that the Official Capacity Defendants shall file a reply memorandum in support of their motion, not to exceed 40 pages, on or before March 15, 2019.

Date: 11/2/18

　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　PAULA XINIS