# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND



CHAMBERS OF
GINA L. SIMMS
UNITED STATES MAGISTRATE JUDGE
MDD_GLSChambers@mdd.uscourts.gov

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
(301) 344-0627

April 27, 2021

Re:   *Mutasem Jardaneh, et al., v. Merrick B. Garland, et al.,*
      Case No. 8:18-cv-02415-PX

## **LETTER ORDER**

Dear Counsel:

The Rule 16(B) Scheduling Order issued on December 23, 2020 set a discovery-related status conference for **May 6, 2021 at 10:00am**. The Scheduling Order issued before the undersigned granted the parties' subsequent requests for extensions of time to file the following discovery motions and oppositions and replies thereto:  Plaintiffs' Motion to Compel (ECF No. 114) and Plaintiffs' Motion to Compel (ECF No. 123).

In addition, it appears that when I granted the extension motions I gave a due date of April 30, 2021 for Defendants' oppositions to ECF Nos. 114 and 123, but did not give a due date by which Plaintiffs are to file a combined reply.  *See* ECF No. 120.

During the May 6, 2021 hearing, the Court will entertain oral arguments on ECF Nos. 114 and 123.  It would be helpful if Plaintiffs are prepared to orally make any reply arguments to Defendants' oppositions to the motions to compel during the May 6 hearing.  After the hearing, Plaintiffs can follow up with their written reply to the Defendants' oppositions to the Plaintiffs' motions to compel by **May 10, 2021.** Also, during the May 6, 2021 hearing, the Court will entertain any supplemental oral arguments related to Defendants' Motion to Bifurcate (ECF No. 116).

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very truly yours,

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge