IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MUTASEM JARDANEH, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 8:18-cv-02415-PX |
| MERRICK B. GARLAND, *et al.*, | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF HASSAN SHIRWA'S CLAIMS AGAINST DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all Parties hereby stipulate to the dismissal with prejudice of Plaintiff Hassan Shirwa's claims against all Defendants. Defendants consent to this dismissal with prejudice.

-1-

-2-

Dated: March 13, 2024

/s/ Lena F. Masri
Lena F. Masri (20251)
Gadeir I. Abbas (20257) *
Hannah Mullen (30665)
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 488-8787

*Mr. Abbas is licensed in VA, not in D.C. Practice limited to federal matters.*

Attorneys for Plaintiffs

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

EREK L. BARRON
United States Attorney

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

/s/ Amy E. Powell
AMY E. POWELL
Senior Trial Counsel
ANTONIA M. KONKOLY
REBECCA KOPPLIN
ROBERT W. MEYER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-8693
Facsimile: (202) 616-8470
amy.powell@usodj.gov
antonia.konkoly@usdoj.gov
rebecca.m.kopplin@usdoj.gov
robert.w.meyer@usdoj.gov

*Counsel for Defendants*