**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

|  |  |  |
|---|---|---|
| MUTASEM JARDANEH, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 8:18-cv-02415-PX |
| PAMELA BONDI, *et al.*, | ) ) | |
| Defendants. | ) ) ) ) ) ) | |

**DEFENDANTS' OMNIBUS MOTION TO DISMISS, MOTION IN LIMINE,
AND MOTION FOR SUMMARY JUDGMENT**

Defendants in this case respectfully move for the following relief:

- For leave to file materials *ex parte* and *in camera* (specifically, those materials described in in the Omnibus Motion and the separate Notice of Lodging);

- To dismiss all claims against the Watchlist Advisory Council (WLAC) Defendants for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(1);

- To dismiss Claims I, II, and III, to the extent they challenge the No Fly List, by Plaintiffs Bosnic, Doe, Mohallim, and Sehwail, for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(1);

- To dismiss Claims I, II, III, V, VI, VIII, and X, by Plaintiffs Abdurrashid, Abunijem, Albadawi, Din, Doe, El-Shahat, Jardaneh, Kamel, Mohallim, Mujanovic, E. Paryavi, M. Paryavi, Soueidan, and Thadi, for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(1);

- To exclude as unreliable under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) the expert opinions of Dr. William Huber;

1

- To exclude as inadmissible at trial and at summary judgment under Federal Rule of Civil Procedure 56(c)(2) the Kottman Declaration and its attachment; and

- For summary judgment on any and all remaining claims, including Claims I and III (procedural due process and coextensive Administrative Procedure Act (APA)), Claim II (substantive due process), Claim V (equal protection), Claim VI (Fourth Amendment), Claim VIII (Fifth Amendment self-incrimination), and Claims X and XI (Religious Freedom Restoration Act).

For the reasons in the accompanying memorandum and for good cause shown, this relief is appropriate.

Dated: June 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KELLY O. HAYES
United States Attorney

/s/ Amy E. Powell
AMY E. POWELL
Senior Trial Counsel
ROBERT W. MEYER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-0872
amy.powell@usdoj.gov
robert.w.meyer@usdoj.gov

*Counsel for Defendants*

2