IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MUTASEM JARDANEH, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Case No. 8:18-cv-02415-PX <br> ) |
| PAMELA BONDI, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

### ORDER

Pending before the Court is the Plaintiffs' "Unopposed Motion to Amend Briefing Schedule" ("Motion"), ECF No. 353. The Court approves of the parties' requested modification to the briefing deadlines.

Accordingly, it is this 20th day of November 2025 hereby **ORDERED** that the Motion is **GRANTED**, and it is further **ORDERED** that the Briefing Schedule is amended as follows:

| Description of Event | Deadline |
|---|---|
| Plaintiffs' Opposition and Cross-Motion for Summary Judgment, not to exceed 130 pages | November 25, 2025 |
| Defendants' Opposition and Reply, not to exceed 65 pages | January 28, 2025 |
| Plaintiffs' Reply, not to exceed 65 pages | February 27, 2025 |

 

                                                          /s/                    .
                                               PAULA XINIS
                                               United States District Judge