**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MUTASEM JARDANEH, *et al.*,<br>Plaintiffs,<br>v.<br>PAMELA BONDI, *et al.*,<br>Defendants. | Case No. 8:18-cv-02415-PX |

**NOTICE OF FILING REDACTED VERSIONS OF EXHIBITS PLX1–13, 31–32, 35 –37, AND 40–41 TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF ITS OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Plaintiffs are filing redacted, non-confidential versions of Exhibits PLX1–13, 31–32, 35–37, and 40–41 to Plaintiff's Memorandum in Support of its Opposition and Cross Motion for Summary Judgement, originally filed on November 25, 2025. The exhibits were redacted to conceal the personal identifiable information of Plaintiffs and Third Parties contained in the documents.

Dated: November 26, 2025

Respectfully Submitted,

CAIR LEGAL DEFENSE FUND

BY: /s/ Lena Masri
Lena F. Masri (20251)
lmasri@cair.com
Gadeir Abbas (20257)*
gabbas@cair.com
Nadia Bayado (31304)
nbayado@cair.com
Catherine Keck (31786)
ckeck@cair.com

453 New Jersey Ave., S.E.
Washington, DC 20003
Phone: (202) 742-6420
Fax: (202) 488-0833

**Licensed in VA, not D.C.*
*Practice limited to federal matters*

*Counsel for Plaintiffs*