# PLX1

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Query - Detail



**INCIDENT NUMBER:** [redacted] **APPROVAL STATUS:** Approved

**INCIDENT TYPE:** [redacted]

## SUMMARY

| Incident Date | Incident Time |
|---|---|
| 04/25/2016 | 16:50 |

| Port Code | Site Code | Location |
|---|---|---|
| 2720 - LAX INTL ARPT | [redacted]- LOS ANGELES, BRADLEY AP LAX | LAX INTL ARPT |

| Personal Search Performed |
|---|
| N - No |

| Document Type | Document Number | FIN Number |
|---|---|---|
| P - PASSPORT | [redacted] | |

| Last Name | First Name | Middle Initial | Date of birth |
|---|---|---|---|
| SOUEIDAN | ABDALLAH MOHAMAD | | [redacted] |
| **Gender** | **Citizenship** | **Race** | **Hispanic** |
| M - Male | USA - UNITED STATES | U - UNKNOWN | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Height** | **Weight** | **Hair** | **Eyes** |
| 600 | 180 | BK - BLACK | HA - HAZEL |

| Address |
|---|
| [redacted] |

| City | State | Zip | Country |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | USA - UNITED STATES |

| Conveyance Type | Inbound/Outbound |
|---|---|
| C - COMMERCIAL AIR | I - In |

| Carrier Code | Flight/Vessel Number | Crew | Departure/Destination Port | Departure/Destination Country |
|---|---|---|---|---|
| AF - AIR FRANCE | 66 | N - No | CDG - PARIS, CH. DE GAULLE | FRA - FRANCE |

| Created By Officer | Supervisor | Primary Officer |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

## REMARKS

<<This remarks was entered using Word. See attached word document for full-version of Remarks.>>

[redacted]

On April 25, 2016 passenger Abdallah Mohamad SOUEIDAN arrived at the Los Angeles International Airport from Beirut, Lebanon (BEY) via Paris, France (CDG) onboard Air France (AF) Flight 66. Mr. SOUEIDAN was met by CBPO [redacted] CBPO [redacted] and CBPO [redacted] E. at gate 150. [redacted] Mr. SOUEIDAN was traveling with his wife ([redacted]. Mr. SOUEIDAN presented a valid U.S. Passport [redacted]) at Passport Control Primary and was referred for further examination. Mr. SOUEIDAN and his wife were escorted to the [redacted] for an interview and baggage examination. A binding declaration was obtained by CBPO [redacted] and a thorough baggage exam was conducted [redacted] Mr. SOUEIDAN and his wife had four checked in bags and two hand

carry,which contained clothing, sweets and approximately 60 pounds of oregano....

[redacted]

On April 25, 2016 passenger Abdallah Mohamad SOUEIDAN arrived at the Los Angeles International Airport from Beirut, Lebanon (BEY) via Paris, France (CDG) onboard Air France (AF) Flight 66. Mr. SOUEIDAN was met by CBPO [redacted] and CBPO [redacted] E. at gate 150. [redacted] Mr. SOUEIDAN was traveling with his wife ([redacted] Mr. SOUEIDAN presented a valid U.S. Passport [redacted]) at [redacted] Primary and was referred for further examination.

Mr. SOUEIDAN and his wife were escorted to the [redacted] examination room for an interview and baggage examination. A binding declaration was obtained by CBPO [redacted] and a thorough baggage exam was conducted that yielded negative results. Mr. SOUEIDAN and his wife had four checked in bags and two hand carry, which contained clothing, sweets and approximately 60 pounds of oregano.

Mr. SOUEIDAN stated he and his wife were returning from a two week vacation to Lebanon. Mr. SOUEIDAN stated he had approximately $5000 USD when they departed the United States on April 11, 2016 and they have approximately $500 USD on their return to California. Mr. SOUEIDAN stated they stayed at the Golden Tulip Hotel in Beirut for three days before traveling to the southern part of Lebanon where Mr. SOUEIDAN has brothers and sisters. Mr. SOUEIDAN stated he stayed at the family home in Yater, Lebanon and also traveled to the town of "Meisaljabal" where his wife's parents live.

Mr. SOUEIDAN stated he lived at [redacted], stated he had owned a bakery / pizza place called "Alamir" for 15 years and was located at [redacted] another "Alamir" for three years located at [redacted] and a third "Alamir" located at [redacted] but it's a franchise owned by another person. Subject stated the oregano in his luggage was for trial purposes in his business.

Mr. SOUEIDAN stated his brother [redacted]) was a Dentistry Professor at the "University of Nantes" in France.

[redacted]

[redacted]

[redacted]

Mr. SOUEIDAN was authorized for release by Chief [redacted] in concurrence with Section Chief [redacted] Mr. SOUEIDAN left the [redacted] area without further incident

[redacted]

| | |
|---|---|
| Time Line: | |
| Flight Blocked: | 13:23 Hrs. |
| Passenger Identified: | 13:36 Hrs. |
| Primary Processing: | 13:42 Hrs. |
| Baggage exam started: | 13:50 Hrs. |
| Complete Interview: | 14:50 Hrs. |
| [redacted] Contacted: | 15:00 Hrs. |
| Passenger Release: | 15:02 Hrs. |

[redacted]

On August 12, 2016, Abdallah Mohamad SOUEIDAN ([redacted]) arrived at the Los Angeles International Airport, Tom Bradley International Terminal on board flight AF 66 arriving from , Beirut, Lebanon via Paris, France, which blocked at 1311 hours. [redacted]

At 1319 hours, SOUEIDAN was traveling alone and was met planeside at Gate 150 by [redacted]. SOUEIDAN was immediately escorted to [redacted] Primary for immigration processing.

At 1327 hours, SOUEIDAN presented his United States of America (US) Passport with passport number [redacted] and Customs Declaration (CBP Form 6059B). [redacted]. SOUEIDAN was then escorted to baggage carrousel #5 to retrieve his luggage. SOUEIDAN stated he had two checked bags and one carry-on. At 1339 hours, SOUEIDAN collected his bags and was then escorted to the [redacted]

At 1340 hours SOUEIDAN was offered water and restroom usage. Both offers were declined.

At 1345 hours, a binding declaration was obtained by Officer [redacted] and the baggage exam was conducted. At 1400 hours, the baggage examination concluded [redacted]

At 1405 hours the interview began and was concluded at 1430 hours. An [redacted] was present during the interview.

SOUEIDAN was in possession of (2) cell phones, but stated one belonged to his wife and the other was his son's. SCBPO [redacted] was advised of the results.

Results of the interview:

SOUEIDAN stated that he has been out of the country since 07/11/2016, because he went to Beirut, Lebanon to visit his wife's father ([redacted]) and mother ([redacted]), who lives in the village [redacted] SOUEIDAN stated that none of his previous information has changed since his last interview on 04/25/2016. Subject's home address is still [redacted]. SOUEIDAN stated that he has no intention of traveling outside the US again until about another 6 months. SOUEIDAN had no cash in his possession.

SOUEIDAN stated he has 3 Mediterranean Pizza shops called Alamir. SOUEIDAN listed the addresses of all 3 locations as: [redacted] SOUEIDAN stated the [redacted] business is somewhat of a franchise business and run by a husband and wife team named khalboun and Basma. The business has been operating for about 1 year.

SOUEIDAN stated he has not traveled anywhere other than Lebanon and France.

.

The interview was completed at 1430 hours and [redacted] was contacted at 1445 hours. The release was authorized pe[redacted] and SCBPO [redacted]

At 1455 hours, SOUEIDAN was thanked for his time and cooperation and was escorted out of the [redacted] area without further incident.

[redacted]

[redacted] SOUEIDAN was in possession of (2) cell phones, which were examined. SCBPO [redacted] was advised of the results. The items were examined in accordance with agency procedures to determine if violation of laws enforced by CBP existed. [redacted] SCBPO [redacted] supervisor was present during the examination. The items were returned to SOUEIDAN at the completion of the exam. [redacted]

Updates to follow:

[redacted]

Statement by CBPO [redacted]

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**



[redacted]

**APPROVAL STATUS:** Approved

## SUMMARY

| Incident Date | Incident Time |
|---|---|
| 07/27/2017 | 18:06 |

| Port Code | Site Code | Location |
|---|---|---|
| 2720 - LAX INTL ARPT | [redacted] - LOS ANGELES, BRADLEY AP LAX | LAX INTL ARPT |

| Personal Search Performed |
|---|
| N - No |

| Document Type | Document Number | FIN Number |
|---|---|---|
| P - PASSPORT | [redacted] | |

| Last Name | First Name | Middle Initial | Date of birth |
|---|---|---|---|
| SOUEIDAN | ABDALLAH | | [redacted] |

| Gender | Citizenship | Race | Hispanic |
|---|---|---|---|
| M - Male | USA - UNITED STATES | U - UNKNOWN | N - NOT OF HISPANIC OR LATINO ORIGIN |

| Height | Weight | Hair | Eyes |
|---|---|---|---|
| | | | |

| Address |
|---|
| [redacted] |

| City | State | Zip | Country |
|---|---|---|---|
| [redacted] | [redacted] - [redacted] | [redacted] | USA - UNITED STATES |

| Conveyance Type | Inbound/Outbound |
|---|---|
| C - COMMERCIAL AIR | I - In |

| Carrier Code | Flight/Vessel Number | Crew | Departure/Destination Port | Departure/Destination Country |
|---|---|---|---|---|
| AZ - ALITALIA - SOCIETA AEREA ITALIANA S.p.A. | 620 | N - No | FCO - ROME, FIUMICINO | ITA - ITALY |

| Created By Officer | Supervisor | Primary Officer |
|---|---|---|
| [redacted] | | |

## REMARKS

On July 27, 2017 subject, SOUEIDAN, Abdallah ([redacted]) a naturalized citizen of the United States of America born in Lebanon arrived at the Los Angeles International Airport on board Alitalia Airlines flight AZ 620 from Beirut, Lebanon via Fiumicino, Italy. [redacted]

At 1437 hours, Alitalia flight AZ 620 blocked at gate number 134.

At 1443 hours, SOUEIDAN was met planeside by [redacted] SOUEIDAN presented his passport for identification along with his sonâs passport who was traveling with him.

At 1448 hours, SOUEIDAN was escorted to [redacted] Primary where he presented himself for inspection.

At 1448 hours, [redacted]

At 1506 hours, [redacted]. During the interview the following information was collected:

SOUEIDAN is returning from twelve days in Lebanon. SOUEIDAN stated that they stayed at a time share that they own in the city of Tyre Kamous. He explained that they stayed mostly in Tyre Kamous but did visit his wifeâs family in Meis Al Jabal. They also traveled to

[redacted]

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**



Yater where he was born to visit his parentsâ final resting place. SOUEIDAN stated that he did not travel to any other countries on this trip.
SOUEIDAN stated that they donât have anyone picking them up from the airport nor has he made any reservations for transportation. He state that he plans to just order a ride from Uber. SOUEIDAN will be heading to his permanent residence at [redacted] He added that he owned and lived at the house for the last six years. He claims that he does not own any other real estate property but do own and operate a Middle Eastern Style bakery called Al Amir. He has two bakery locations one at [redacted] and another one at [redacted]. He has owned and operated the bakery in Anaheim for the last sixteen years and added the second store in Claremont about five years ago. Prior to owning the businesses he used to buy and sell USA made Leviâs Jeans to Europe.
SOUEIDAN stated that on his original flight to Lebanon he was supposed to leave Los Angeles on a domestic Delta flight to Boston before catching a connecting flight to Lebanon. He further explained that he was stopped by TSA for additional screening prior to boarding the domestic flight. He added that he ended up missing his flight and that his checked in luggage ended up departing without him which was a concern to him because from what he understood, checked in luggage are not supposed to be boarded on a flight if the passenger does not make the flight.
SOUEIDAN claimed that he did not know why he has been getting stopped. He stated that no one other than CBP has come to speak to him. He added that he has submitted his information through DHS Trip and has had a redress number issued to him. He added that he has approached Council on American-Islamic Relation (CAIR) and has been assigned an attorney through them to try and resolve the issue.
Going through his sonâs passport an admission stamp for Iraq was found. His son explained that in 2015 he, his mother, and little brother travelled to Iraq to visit Karbala, Najaf, and Baghdad. SOUEIDAN stated that he decided not to go because he did not want to have to explain further or give reason for more scrutiny when he travels back to the US. He added that once he is no longer stopped for questioning by CBP and additional checks with TSA that he wishes to visit Karbala as well. He explained that Karbala plays a significant role in his religion and would like to be able to pay his respects.

SOUEIDAN has no plans to travel back to Lebanon at this time. He added that his wife, if she decides not to visit one other friend in Lebanon that she might return back to the US as soon as this coming weekend.
SOUEIDAN provided his contact information as follows:
Mobile: [redacted] [redacted]
Email: [redacted]
SOUEIDANâS electronic media was examined [redacted] The exam was documented on IOEM #[redacted]
Baggage exam was conducted. Baggage contained personal Items, spices, and tools for the bakery.
SOUEIDAN is coming back with about $2500.00 USD. He added that he had about $7000.00 USD when he left.

[redacted]

U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Person Query - Detail



At 1605 hours, secondary exam concluded.

At 1609 hours [redacted] was contacted.

At 1612 hours, SCBPO [redacted] was notified [redacted] and release was authorized.

At 1615 hours, subject left the FIS area with no further incident.

[redacted]

[redacted]

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Query - Detail



**INCIDENT NUMBER:** [redacted] **APPROVAL STATUS:** Approved

**INCIDENT TYPE:** [redacted]

## SUMMARY

| Incident Date | Incident Time |
|---|---|
| 01/23/2018 | 19:36 |

| Port Code | Site Code | Location |
|---|---|---|
| 2720 - LAX INTL ARPT | [redacted] - LOS ANGELES, BRADLEY AP LAX | LAX INTL ARPT |

| Personal Search Performed |
|---|
| N - No |

| Document Type | Document Number | FIN Number |
|---|---|---|
| P - PASSPORT | [redacted] | |

| Last Name | First Name | Middle Initial | Date of birth |
|---|---|---|---|
| SOUEIDAN | ABDALLAH MOHAMAD | | [redacted] |

| Gender | Citizenship | Race | Hispanic |
|---|---|---|---|
| M - Male | USA - UNITED STATES | U - UNKNOWN | N - NOT OF HISPANIC OR LATINO ORIGIN |

| Height | Weight | Hair | Eyes |
|---|---|---|---|
| | | BK - BLACK | HA - HAZEL |

| Address |
|---|
| [redacted] |

| City | State | Zip | Country |
|---|---|---|---|
| [redacted] | [redacted] - [redacted] | [redacted] | USA - UNITED STATES |

| Conveyance Type | Inbound/Outbound |
|---|---|
| C - COMMERCIAL AIR | I - In |

| Carrier Code | Flight/Vessel Number | Crew | Departure/Destination Port | Departure/Destination Country |
|---|---|---|---|---|
| LH - DEUTSCHE LUFTHANSA AG | 456 | N - No | FRA - FRANKFURT INT'L | DEU - GERMANY |

| Created By Officer | Supervisor | Primary Officer |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

## REMARKS

On January 23, 2018, SOUEIDAN, Abdallah Mohamad, aka Abdallah Mohamad SOUIDAN, a citizen of the United States and Lebanon, arrived at LAX aboard Lufthansa Airlines flight number LH 456 from Beirut, Lebanon via Frankfurt, Germany. [redacted]

At primary inspection area, at about 12:59 hours, SOUEIDAN applied for entry into the United States as a U.S. citizen, by presenting to CBP Officer [redacted] his valid U.S. passport. [redacted]

At about 13:10 hours, SOUEIDAN collected all his checked-in baggage and subsequently taken to the [redacted] baggage inspection area for further examination. At about 13:15 hours,

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**



[redacted] obtained a binding declaration and SOUEIDAN stated that all of the bags were his, [redacted] then proceeded to examine his baggage. SOUEIDAN declared that he has $3000 plus USD, the money was visually examined, but did not count and verified. During the administrative border search, SOUEIDAN stated the following, among other things. He stated that he went to Lebanon by himself for approximately one week. From reviewing of his U.S. passport, the passport contained an entry/exit stamps from Lebanon dated January 16, 2018, and January 23, 2018. SOUEIDAN then stated that he did not travel to any other country other than France and Germany, where he was transited.

He further stated that he went to Lebanon because of a family dispute about some property that his wife owns, but he did not want to go into details about the dispute, and did not want to give any additional information. During the baggage examination, in SOUEIDAN was in possession of documents in Arabic, SOUEIDAN then stated that those documents are evidence that his wife owns the property. SOUEIDAN then stated that he dispute was about a piece of land that his wife owns, and the dispute was between his brother-in-law and him.

In Lebanon, SOUEIDAN stated that he stayed with his sister in Yater, Lebanon, but he did not want to give her name nor her address. As to his family in Lebanon, SOUEIDAN stated that both of this parents were gone, he has one brother in Europe, one brother in Lebanon, and a sister, but he did not want to gives their name nor contact information. As to his wife, both of her parents are still living in Lebanon. From speaking to him, it was learned that SOUEIDAN had bought an apartment in Kadmous, Lebanon, but he did not want to give any additional information.

In the U.S., SOUEIDAN stated that he lives at [redacted]. SOUEIDAN stated that he has three boys. The eldest kid is teaching English in Korea, and the second and the third child, they are a college student at Cypress College. As to himself, SOUEIDAN owns his pizza businesses, âAlamirâ, the pizza restaurants. SOUEIDAN stated that his restaurants are located at [redacted].

[redacted]

SOUEIDANâs contact info:
Final destination in the U.S.: [redacted]
Tel: [redacted]
Emails: [redacted]

[redacted]

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**



[redacted]

SOUEIDANâs Mobile Phone (Make & Type: Apple, Model: iPhone 6 Plus, S/N: [redacted], IMEI: [redacted] [redacted] conducted a [redacted] searchâ of SOUEIDANâs cellular phone in accordance with agency procedures. The item was returned to him at the completion of the exam.

[redacted] Officer [redacted] was notified at about 14:20 hours of the negative findings.

SCBPO [redacted] was notified at about 14:20 hours of the information that were obtained in the interview [redacted] SOUEIDAN was allowed to depart the FIS at about 14:23 without incident.

[redacted]

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## TECS - Electronic Media Report

07/31/2020 12:54 EDT Generated By [redacted] 

REPORT NUMBER: [redacted] REPORT STATUS: CLOSED

| Summary Information | |
|---|---|
| **Reason For Search** | **Port Code** |
| [redacted] | 2720-LAX INTL ARPT |
| **Incident Date** | [redacted] |
| 04/25/2016 | |

| **Last Name** | **First Name** | **Middle Initial** |
|---|---|---|
| SOUEIDAN | ABDALLAH | M |
| **Date of birth** | **Gender** | **Race** |
| [redacted] | M - Male | U - UNKNOWN |

| **Country Of Birth** | **Citizenship** |
|---|---|
| LBN - LEBANON | USA - UNITED STATES |
| **Document Type** | **Document Number** |
| | |
| **Issuing Country** | **State/Province** |
| | |
| **I/O** | **Notified Traveler Of Search** |
| I - Inbound | Y - Yes |
| **Tear Sheet Provided** | **Reason Tearsheet Not Provided** |
| Yes | |
| **Officer/Agent** | |
| [redacted] CBP OFFICER] | |
| **Approving Supervisor** | |
| [redacted] [SUP CBP OFFICER] | |
| **Exam Result** | |
| | |

| Item 01 Details | | | |
|---|---|---|---|
| **Item Type** | **Phone Number** | **Make** | **Model** |
| CEL - CELLPHONE/ALL COMM DEVICES | | APPLE | MKTR2LLA |

| **ID1** | **Number** |
|---|---|
| S - Serial Number | [redacted] |
| **ID2** | **Number** |
| I - International Mobile Station Equipment Identity (IMEI) Number | [redacted] |
| **ID3** | **Number** |
| | |
| **ID4** | **Number** |
| | |
| **Wireless connections disabled?** | [redacted] |
| | |

| **Inspection Start Date** | **Time** | **Inspection End Date** | **Time** |
|---|---|---|---|
| 04/25/2016 | 14:10 | 04/25/2016 | 14:35 |

| Actions | | | |
|---|---|---|---|
| **Action** | **Date** | **Action Status** | **Additional Information** |
| [redacted] and Returned to Traveler | 04/25/2016 | N/A | [redacted] |

## REMARKS

[redacted] 05/14/2016 13:12

On April 25, 2016, Mr. SOUEIDAN, Abdallah Moham (DOB: [redacted]) a Naturalized Citizen of

[redacted]

U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Electronic Media Report



the United States of America born in Lebanon arrived at the Los Angeles International Airport on board Air France airlines flight AF 66 from Beirut, Lebanon via Paris, France. [redacted] Mr. SOUEIDAN was in possession of one electronic media device.

Mr. SOUEIDAN was given the Inspection of Electronic Devices tear sheet prior to the start of the exam. SCBPO [redacted], a PSM cross-trained supervisor was advised of the exam. At approximately 1410 hours, CBP Officer [redacted] took possession of the mobile device.

CBPO Officer [redacted] noted that mobile devices was powered on when he received it. At approximately 1440 hours, Mr. SOUEIDAN's Apple iPhone 6s [redacted] to retrieve the phone's model and serial number. The device remained on throughout the [redacted] exam. [redacted] concluded at about 1435 hours. [redacted] Mr. SOUEIDAN Apple iPhone 6s (model: MKTR2LL/A, serial number: [redacted] was examined in accordance with agency procedures to determine if violation of laws enforced by CBP existed. [redacted] Ms. SOUEIDAN's Apple iPhone 6s (model: MKTR2LL/A, serial number: [redacted]) was [redacted] in accordance with agency procedures to determine if violation of laws enforced by CBP existed. All items were returned to Mr. SOUEIDAN at the end of the examination.

CBP Officer [redacted] conducted the baggage exam of Mr. SOUEIDA.

The exam was documented in [redacted]

[redacted] 04/25/2016 20:00
[redacted]

On April 25, 2016, Mr. SOUEIDAN, Abdallah Moham (DOB: [redacted] a Naturalized Citizen of the United States of America born in Lebanon arrived at the Los Angeles International Airport on board Air France airlines flight AF 66 from Beirut, Lebanon via Paris, France. [redacted] Mr. SOUEIDAN was in possession of one electronic media device.

Mr. SOUEIDAN was given the Inspection of Electronic Devices tear sheet prior to the start of the exam. SCBPO [redacted] a PSM cross-trained supervisor was advised of the exam.

At approximately 1410 hours, CBP Officer [redacted] took possession of the mobile device. CBPO Officer [redacted] noted that mobile devices was powered on when he received it.

At approximately 1440 hours, Mr. SOUEIDAN's Apple iPhone 6s [redacted] to retrieve the phone's model and serial number. The device remained on throughout the [redacted] exam. The Item was examined [redacted]

[redacted]

[redacted] concluded at about 1435 hours.

[redacted]

Mr. SOUEIDAN Apple iPhone 6s (model: MKTR2LL/A, serial number [redacted]) was examined in accordance with agency procedures to determine if violation of laws enforced by CBP existed. [redacted]

[redacted] Ms. SOUEIDAN's Apple iPhone 6s (model: MKTR2LL/A, serial number: [redacted]) was [redacted] in accordance with agency procedures to determine if violation of laws enforced by CBP existed.

All items were returned to Mr. SOUEIDAN at the end of the examination.

CBP Officer [redacted] conducted the baggage exam of Mr. SOUEIDA. The exam was documented in [redacted]

[redacted]

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Electronic Media Report

07/31/2020 13:05 EDT Generated By: [redacted] Page 1 of 1

REPORT NUMBER: [redacted] REPORT STATUS: CLOSED

| Summary Information | |
|---|---|
| **Reason For Search** | **Port Code** |
| [redacted] | 2720-LAX INTL ARPT |
| **Incident Date** | [redacted] |
| 08/12/2016 | |

| **Last Name** | **First Name** | **Middle Initial** |
|---|---|---|
| SOUEIDAN | ABDALLAH | M |
| **Date of birth** | **Gender** | **Race** |
| [redacted] | M - Male | U - UNKNOWN |

| | |
|---|---|
| **Country Of Birth** | **Citizenship** |
| LBN - LEBANON | USA - UNITED STATES |
| **Document Type** | **Document Number** |
| | |
| **Issuing Country** | **State/Province** |
| | |
| **I/O** | [redacted] |
| I - Inbound | |
| **Tear Sheet Provided** | **Reason Tearsheet Not Provided** |
| No | |
| **Officer/Agent** | |
| [redacted] [CBP OFFICER] | |
| **Approving Supervisor** | |
| [redacted] [SUP CBP OFFICER] | |
| **Exam Result** | |
| | |

| Item 01 Details | | | |
|---|---|---|---|
| **Item Type** | **Phone Number** | **Make** | **Model** |
| CEL - CELLPHONE/ALL COMM DEVICES | | APPLE | MKTU2LL/A |

| | |
|---|---|
| **ID1** | **Number** |
| I - International Mobile Station Equipment Identity (IMEI) Number | [redacted] |
| **ID2** | **Number** |
| S - Serial Number | [redacted] |
| **ID3** | **Number** |
| | |
| **ID4** | **Number** |
| | |
| **Wireless connections disabled?** | [redacted] |
| | |

| **Inspection Start Date** | **Time** | **Inspection End Date** | **Time** |
|---|---|---|---|
| 08/12/2016 | 13:49 | 08/12/2016 | 13:56 |

| Actions | | | |
|---|---|---|---|
| **Action** | **Date** | **Action Status** | **Additional Information** |
| [redacted] and Returned to Traveler | 08/12/2016 | N/A | [redacted] |

## REMARKS

[redacted] 08/12/2016 17:38

On June 16, 2016, SOUEIDAN, Abdallah Mohamad (DOB: [redacted]), arrived at the Los Angeles

F[redacted]

U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Electronic Media Report



International Airport aboard Air France flight AF 66 from Beirut, Lebanon via Paris, France. SOUEIDAN applied for entry into the U.S. as a returning U.S. citizen. SOUEIDAN [redacted] The subject was in possession of one electronic media. [redacted] his baggage was examined by CBP Officer [redacted] and his electronic device was examined by Officer [redacted]

[redacted] CBP officer [redacted] received the electronic media at about 1347 hours. CBP Officer [redacted] began the examination at about 1349 hours. CBP Officer [redacted] received the subject's electronic devices being powered on. The electronic media device was powered on throughout the media screening exam. SCBPO [redacted] was notified and on duty during the media inspection. SCBPO [redacted] is a cross-trained PSM.

The subject's media device (Make/Type: Apple iPhone, Model: MKTU2LL/A, IMEI: [redacted] S/N: [redacted] was examined [redacted], in accordance with agency procedures to determine if violations of laws enforced by CBP existed.

At about 1356 hours, the examination of the item was completed. The item was then given back to him at about 1358 hours.

[redacted]

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Electronic Media Report

07/31/2020 13:08 EDT Generated By: [redacted] Page 1 of 1

REPORT NUMBER: [redacted] REPORT STATUS: CLOSED

**Summary Information**

| Reason For Search | Port Code |
|---|---|
| | 2720-LAX INTL ARPT |
| **Incident Date** | [redacted] |
| 12/09/2013 | |

| Last Name | First Name | Middle Initial |
|---|---|---|
| SOUEIDAN | ABDALLAH | |
| **Date of birth** | **Gender** | **Race** |
| [redacted] | U - Unknown | U - UNKNOWN |

| Country Of Birth | Citizenship |
|---|---|
| XXX - UNKNOWN | XXX - UNKNOWN |
| **Document Type** | **Document Number** |
| | |
| **Issuing Country** | **State/Province** |
| | |
| **I/O** | **Notified Traveler Of Search** |
| I - Inbound | N - No |
| **Tear Sheet Provided** | **Reason Tearsheet Not Provided** |
| Yes | |

| Officer/Agent |
|---|
| [redacted] [CBP OFFICER] |
| **Approving Supervisor** |
| [redacted] |
| **Exam Result** |
| |

**Item 01 Details**

| Item Type | Phone Number | Make | Model |
|---|---|---|---|
| CEL - CELLPHONE/ALL COMM DEVICES | | APLLE | MD639LL |

| ID1 | Number |
|---|---|
| S - Serial Number | [redacted] |
| **ID2** | **Number** |
| | |
| **ID3** | **Number** |
| | |
| **ID4** | **Number** |
| | |
| **Wireless connections disabled?** | [redacted] |
| | |

| Inspection Start Date | Time | Inspection End Date | Time |
|---|---|---|---|
| | | | |

**Actions**

| Action | Date | Action Status | Additional Information |
|---|---|---|---|
| Returned to Traveler | 12/09/2013 | N/A | |
| [redacted] | | | |

**Item 01 Details**

| Item Type | Make | Model |
|---|---|---|
| CMP - COMPUTER/LAPTOP | SAMSUNG | RC512 |

| ID1 | Number |
|---|---|
| S - Serial Number | [redacted] |
| **ID2** | **Number** |
| | |
| **ID3** | **Number** |
| | |
| **ID4** | **Number** |
| | |

[redacted]

U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Electronic Media Report



REPORT NUMBER: [redacted] REPORT STATUS: CLOSED

| Wireless connections disabled? | | Derogatory found | |
|---|---|---|---|
| | | | |
| Inspection Start Date | Time | Inspection End Date | Time |
| | | | |

| Actions | | | |
|---|---|---|---|
| Action | Date | Action Status | Additional Information |
| Returned to Traveler | 12/09/2013 | N/A | |
| [redacted] | | | |

REMARKS

[redacted] 02/18/2016 09:19

[redacted] On December 09, 2013, Mr. Abdallah SOUEIDA arrived at the Los Angeles International Airport onboard Air France flight AF 66 from Paris, France. [redacted] The baggage exam was conducted by CBP Officer [redacted] Mr. SOUEIDA was in possession of three electronic media device. At approximately 1445 hours, CBP Officer [redacted] took possession of Mr. SOUEIDA's electronic media. CBP Officer [redacted] received Mr. SOUEIDA's electronic media was on and remained on throughout the media screening exam. At approximately 1505 hours, the electronic media devices were returned to Mr. SOUEIDA. (DX2) Mr. SOUEIDA's cellular phone (Make/Type: Apple I-Phone 5, Model: MD639LL, S/N: [redacted]) and laptop (Make/Type: Samsung, Model: RC512, S/N: [redacted] was [redacted] in accordance with agency procedures in the presence of cross trained PSM SCBPO [redacted] The items were returned at the completion of the exam. CBP Officer [redacted] conducted a baggage exam of Mr. SOUEIDA's belongings. The exam was documented in [redacted] SCBPO [redacted] was the on-site supervisor present throughout the entire inspection.

[redacted]

U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Electronic Media Report

07/31/2020 13:11 EDT Generated By: [redacted] Page 1 of 1

REPORT NUMBER: [redacted] REPORT STATUS: CLOSED

| Summary Information | | |
|---|---|---|
| Reason For Search | | Port Code |
| [redacted] | | 2720-LAX INTL ARPT |
| Comments | | |
| [redacted] | | |
| Incident Date | | [redacted] |
| 08/20/2013 | | |
| Last Name | First Name | Middle Initial |
| SOUEIDAN | ABDALLAH | M |
| Date of birth | Gender | Race |
| [redacted] | U - Unknown | U - UNKNOWN |
| Country Of Birth | | Citizenship |
| XXX - UNKNOWN | | XXX - UNKNOWN |
| Document Type | | Document Number |
| | | |
| Issuing Country | | State/Province |
| | | |
| I/O | | [redacted] |
| I - Inbound | | |
| Tear Sheet Provided | | Reason Tearsheet Not Provided |
| Yes | | |
| Officer/Agent | | |
| [redacted] [SUP CBP OFFICER] | | |
| Approving Supervisor | | |
| [redacted] [CBP OFFICER] | | |
| Exam Result | | |
| | | |

| Item 01 Details | | | |
|---|---|---|---|
| Item Type | Phone Number | Make | Model |
| CEL - CELLPHONE/ALL COMM DEVICES | | APPLE | MD639LLA |
| ID1 | | Number | |
| S - Serial Number | | [redacted] | |
| ID2 | | Number | |
| | | | |
| ID3 | | Number | |
| | | | |
| ID4 | | Number | |
| | | | |
| Wireless connections disabled? | | [redacted] | |
| | | | |
| Inspection Start Date | Time | Inspection End Date | Time |
| | | | |

| Actions | | | |
|---|---|---|---|
| Action | Date | Action Status | Additional Information |
| Returned to Traveler | 08/20/2013 | N/A | |
| [redacted] | | | |

## REMARKS

[redacted] 02/18/2016 09:18

[redacted] On August 20, 2013, Mr. SOUEIDAN, Abdallah Mohamad arrived at the Los Angeles International Airport aboard Air France flight 72 from Beirut, Lebanon via Paris, France. [redacted] Mr. SOUEIDAN was in possession of [redacted]

U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Electronic Media Report



1 electronic media device. At 1750 hours, CBP Officer [redacted] took possession of Mr. SOUEIDAN's 1 cell phone. CBPO [redacted] noted that Mr. SOUEIDAN's cell phone was powered on upon receiving it. The phone was returned to Mr. SOUEIDAN in the same condition at 1805 hours. Mr. SOUEIDAN's cell phone: (Model: MD639LL/A; Make: Apple; S/N: [redacted]) was examined in accordance with agency procedures to determine if violations of laws enforced by CBP existed. Mr. SOUEIDAN was given the Inspection of Electronic Devices tear sheet and SCBPO [redacted] a PSM cross-trained supervisor, was present during the inspection. The phone was returned to Mr. SOUEIDAN after completion of the examination. SCBPO [redacted] was the on-site supervisor present throughout the entire inspection.

[redacted]

# U.S. Customs and Border Protection

## U.S. Department of Homeland Security

### TECS - Secondary Inspection Report

08/17/2020 14:07 EDT Generated By: [redacted] Page 1 of 1

| | | |
|---|---|---|
| **Referral Source** | | |
| Referred By | Referred Date | Referred Time |
| [redacted] | 12/10/2010 | 17:37 EST |
| Referral Reason | | |
| [redacted] | | |
| **Encounter - [redacted]** | | |
| Last Name | First Name | DOB |
| SOUEIDAN | ABDALLAH | [redacted] |
| Carrier Code | Flight / Vessel Number | |
| AF - AIR FRANCE | 66 | |
| Hispanic | Gender | Race |
| No | M - Male | U - UNKNOWN |
| Doc Number | Doc Type | |
| [redacted] | P - PASSPORT | |
| Issuing Country | State / Province | |
| USA - UNITED STATES | | |

| | | | |
|---|---|---|---|
| **IO25** | | | |
| Secondary Officer Name | Site Id | Inspection Start Date and Time | Last Update Date and Time |
| [redacted] | [redacted] | 12/10/2010 19:19 EST | 04/20/2013 13:15 EDT |
| Flight / Vessel Crew | | Inbound / Outbound | |
| No | | I - Inbound | |
| Departure / Destination | | Embarkation | |
| CDG - PARIS, CH. DE GAULLE | | BEY - BEIRUT | |
| No. Of Passengers on Declaration | Bag Exam | Number of Bag X-Rayed | |
| 2 | Yes | [redacted] | |
| Personal Search | Positive / Negative Inspection | [redacted] | Category |
| No | [redacted] | [redacted] | |
| Violation Codes | | | |
| | | | |
| Related Document Number | Incident Log Report # | SAS Number | |
| | [redacted] | | |
| Create EMR? | | EMR Number | |
| [redacted] | | [redacted] | |
| Referring Officer Code | | Reason for Referral Code | |
| [redacted] | | [redacted] | |
| [redacted] | | Inspection Complete | |
| [redacted] | | Yes | |
| Inspection Start Time | | Inspection End Time | |
| 14:35 | | 16:07 | |

Comments History

**Entered By:** [redacted] **Created Date/Time:** 04/20/2013 13:15 EDT
[redacted] PAX IS A US CITIZEN RETURNING FROM A 10-DAY TRIP TO FRANCE AND LEBANON. [redacted]
PAX WAS ADMITTED AS US CITIZEN.

~~For Official Use Only / Law Enforcement Sensitive~~

# U.S. Customs and Border Protection

## U.S. Department of Homeland Security

### TECS - Secondary Inspection Report

08/17/2020 14:08 EDT Generated By: [redacted] 

**Referral Source**

| Referred By | Referred Date | Referred Time | Referred From |
|---|---|---|---|
| [redacted] | 08/20/2013 | 20:15 EDT | Primary Airport |

**Referral Reason**
[redacted]

**Encounter -** [redacted]

| Last Name | First Name | DOB |
|---|---|---|
| SOUEIDAN | ABDALLAH | [redacted] |

| Carrier Code | Flight / Vessel Number | Inbound / Outbound |
|---|---|---|
| AF - AIR FRANCE | 72 | I - Inbound |

| Hispanic | Gender | Race | Travel Document Presented | Lost / Stolen Document |
|---|---|---|---|---|
| No | M - Male | W - WHITE | Yes | No |

| Doc Number | Doc Type | Issuing Country |
|---|---|---|
| [redacted] | P - PASSPORT | USA - UNITED STATES |

| State/Province | Nationality | City of Birth | Country of Birth |
|---|---|---|---|
| | USA - UNITED STATES | | |

| Father's Last Name | Father's First Name | Father's Middle Name |
|---|---|---|
| | | |

| Mother's Last Name | Mother's First Name | Mother's Middle Name |
|---|---|---|
| | | |

**Baggage**

| Secondary Officer Name | Site Id |
|---|---|
| [redacted] | [redacted] |

| Inspection Start Date and Time | Inspection End Date and Time |
|---|---|
| 08/20/2013 20:15 EDT | 08/20/2013 21:15 EDT |

| FinCEN FORM 105 | Currency Amount (USD) |
|---|---|
| | |

**Flight / Vessel Crew**
No

**Departure / Destination**
CDG - PARIS, CH. DE GAULLE

**Embarkation**
BEY - BEIRUT

| No. of Passengers on Declaration | Bag Exam | Number of Bags X-Rayed |
|---|---|---|
| 2 | Yes | [redacted] |

| Personal Search | Positive / Negative Inspection | [redacted] | X-Ray/NII Utilized for this Inspection |
|---|---|---|---|
| No | [redacted] | [redacted] | [redacted] |

**Category**

**Violation Codes**

| Related Document Number | Create Incident Log | Incident Log Report Number |
|---|---|---|
| | Yes | [redacted] |

| SAS Number | Create EMR | EMR Number |
|---|---|---|
| | Yes | [redacted] |

| Referring Officer Code | ADIS Code | Reason for Referral Code |
|---|---|---|
| [redacted] | | [redacted] |

| Baggage Inspection Complete | [redacted] |
|---|---|
| Yes | [redacted] |

~~For Official Use Only / Law Enforcement Sensitive~~

**U.S. Customs and Border Protection**

**U.S. Department of Homeland Security**

**TECS - Secondary Inspection Report**



**Comments History**

**U.S. Customs and Border Protection**

**U.S. Department of Homeland Security**

**TECS - Secondary Inspection Report**



**Entered By** [redacted] **Created Date/Time:** 08/20/2013 23:08 EDT
NEW COMMENTS: X
COMMENTS HISTORY: [redacted] TUE AUG 20
23:00:57 EDT 2013 ENTERED BY: [redacted] ON AUGUST
20, 2013, MR. ABDALLAH SOUEIDAN ARRIVED AT TERMINAL 2 AT THE LOS ANGELES INTERNATIONAL
AIRPORT ON BOARD AIR FRANCE AIRLINES FLIGHT NUMBER AF-72 FROM, LEBANON VIA PARIS, FRANCE
WITH HIS WIFE, SANA SOUEIDAN. [redacted] AT 17:15 HOURS, MR. SOUEIDAN AND HIS WIFE SANAA
WERE MET AT THE GATE [redacted] AND WERE ESCORTED TO
PASSPORT CONTROL PRIMARY TO APPLY FOR ADMISSION AS A UNITED STATES CITIZEN. MR.
SOUEIDAN WAS PROCESSED AT PASSPORT CONTROL PRIMARY AND WAS REFERRED [redacted] FOR FURTHER
EXAMINATION. MR. SOUEIDAN WAS ESCORTED TO CAROUSEL FOUR TO RETRIEVE THEIR CHECK-IN
BAGS. AT 1725 HOURS, MR. SOUEIDAN WAS ESCORTED TO [redacted] SECONDARY AREA AND A
BINDING DECLARATION WAS OBTAINED [redacted] A THOROUGH SEARCH WAS
CONDUCTED [redacted] DURING THE EXAMINATION, MR.
SOUEIDAN STATED THAT HE AND HIS WIFE ARE RETURNING FROM A SIX DAY TRIP OUTSIDE OF THE
U.S. HE STATED THAT THEY WENT TO YATER, LEBANON TO VISIT HIS FATHER. THEY STAYED IN
LEBANON FOR SIX DAYS. MR. SOUEIDAN STATED THAT HIS FATHER IS 88 YEARS OLD AND IN POOR
HEALTH. HE TRIES TO VISIT HIS FATHER FREQUENTLY. MR. SOUEIDAN STATED THAT HE OWNS A
BAKERY NAMED "ALAMIR BAKERY", WHICH WAS LOCATED AT [redacted]. FOR THE PAST FIVE YEARS IT WAS MOVED TO [redacted]
ONE MONTH AGO THEIR PHONE NUMBER IS [redacted]. HE AND HIS WIFE SANAA AND THREE
CHILDREN LIVE AT [redacted] AND [redacted] MR. SOUEIDAN'S CELL PHONE WAS EXAMINED [redacted]. MR. SOUEIDAN WAS GIVEN THE INSPECTION OF ELECTRONIC DEVICES TEAR
SHEET AND SCBPO [redacted] A PSM CROSS-TRAINED SUPERVISOR WAS PRESENT DURING THE
INSPECTION. THE ITEM WAS RETURNED TO MR. SOUEIDAN AT THE COMPLETION OF THE EXAM.
[redacted] MR. SOUEIDAN AND HIS WIFE DEPARTED
THE FIS AREA AT 1815WITHOUT INCIDENT. UPDATE: TUE
AUG 20 21:56:08 EDT 2013 ENTERED BY: [redacted]

**Entered By** [redacted] **Created Date/Time:** 08/20/2013 23:08 EDT
NEW COMMENTS: X
COMMENTS HISTORY: TUE AUG 20
23:00:57 EDT 2013 ENTERED BY: [redacted] ON AUGUST
20, 2013, MR. ABDALLAH SOUEIDAN ARRIVED AT TERMINAL 2 AT THE LOS ANGELES INTERNATIONAL
AIRPORT ON BOARD AIR FRANCE AIRLINES FLIGHT NUMBER AF-72 FROM, LEBANON VIA PARIS, FRANCE
WITH HIS WIFE, SANA SOUEIDAN. [redacted] AT 17:15 HOURS, MR. SOUEIDAN AND HIS WIFE SANAA
WERE MET AT THE GATE [redacted] AND WERE ESCORTED TO
PASSPORT CONTROL PRIMARY TO APPLY FOR ADMISSION AS A UNITED STATES CITIZEN. MR.
SOUEIDAN WAS PROCESSED AT PASSPORT CONTROL PRIMARY AND WAS REFERRED [redacted] FOR FURTHER
EXAMINATION. MR. SOUEIDAN WAS ESCORTED TO CAROUSEL FOUR TO RETRIEVE THEIR CHECK-IN
BAGS. AT 1725 HOURS, MR. SOUEIDAN WAS ESCORTED TO [redacted] SECONDARY AREA AND A
BINDING DECLARATION WAS OBTAINED [redacted] A THOROUGH SEARCH WAS
CONDUCTED [redacted] DURING THE EXAMINATION, MR.
SOUEIDAN STATED THAT HE AND HIS WIFE ARE RETURNING FROM A SIX DAY TRIP OUTSIDE OF THE
U.S. HE STATED THAT THEY WENT TO YATER, LEBANON TO VISIT HIS FATHER. THEY STAYED IN
LEBANON FOR SIX DAYS. MR. SOUEIDAN STATED THAT HIS FATHER IS 88 YEARS OLD AND IN POOR
HEALTH. HE TRIES TO VISIT HIS FATHER FREQUENTLY. MR. SOUEIDAN STATED THAT HE OWNS A
BAKERY NAMED "ALAMIR BAKERY", WHICH WAS LOCATED AT [redacted]. FOR THE PAST FIVE YEARS IT WAS MOVED TO [redacted]
ONE MONTH AGO THEIR PHONE NUMBER IS [redacted] HE AND HIS WIFE SANAA AND THREE
CHILDREN LIVE AT [redacted] HOME PHONE [redacted] AND

~~For Official Use Only / Law Enforcement Sensitive~~

**U.S. Customs and Border Protection**

**U.S. Department of Homeland Security**

**TECS - Secondary Inspection Report**



[redacted] MR. SOUEIDAN'S CELL PHONE WAS EXAMINED [redacted]. MR. SOUEIDAN WAS GIVEN THE INSPECTION OF ELECTRONIC DEVICES TEAR SHEET AND SCBPO [redacted] A PSM CROSS-TRAINED SUPERVISOR WAS PRESENT DURING THE INSPECTION. THE ITEM WAS RETURNED TO MR. SOUEIDAN AT THE COMPLETION OF THE EXAM. [redacted]. MR. SOUEIDAN AND HIS WIFE DEPARTED THE FIS AREA AT 1815 [redacted] UPDATE: [redacted] TUE AUG 20 21:56:08 EDT 2013 ENTERED BY: [redacted]

**Entered By:** [redacted] **Created Date/Time:** 08/20/2013 23:08 EDT
NEW COMMENTS: X
COMMENTS HISTORY: TUE AUG 20 23:00:57 EDT 2013 ENTERED BY: [redacted] ON AUGUST 20, 2013, MR. ABDALLAH SOUEIDAN ARRIVED AT TERMINAL 2 AT THE LOS ANGELES INTERNATIONAL AIRPORT ON BOARD AIR FRANCE AIRLINES FLIGHT NUMBER AF-72 FROM, LEBANON VIA PARIS, FRANCE WITH HIS WIFE, SANA SOUEIDAN. MR. SOUEIDAN [redacted] AT 17:15 HOURS, MR. SOUEIDAN AND HIS WIFE SANAA WERE MET AT THE GATE [redacted] AND WERE ESCORTED TO PASSPORT CONTROL PRIMARY TO APPLY FOR ADMISSION AS A UNITED STATES CITIZEN. MR. SOUEIDAN WAS PROCESSED AT PASSPORT CONTROL PRIMARY AND WAS REFERRED [redacted] FOR FURTHER EXAMINATION. MR. SOUEIDAN WAS ESCORTED TO CAROUSEL FOUR TO RETRIEVE THEIR CHECK-IN BAGS. AT 1725 HOURS, MR. SOUEIDAN WAS ESCORTED TO [redacted] BAGGAGE SECONDARY AREA AND A BINDING DECLARATION WAS OBTAINED [redacted] A THOROUGH SEARCH WAS CONDUCTED [redacted] DURING THE EXAMINATION, MR. SOUEIDAN STATED THAT HE AND HIS WIFE ARE RETURNING FROM A SIX DAY TRIP OUTSIDE OF THE U.S. HE STATED THAT THEY WENT TO YATER, LEBANON TO VISIT HIS FATHER. THEY STAYED IN LEBANON FOR SIX DAYS. MR. SOUEIDAN STATED THAT HIS FATHER IS 88 YEARS OLD AND IN POOR HEALTH. HE TRIES TO VISIT HIS FATHER FREQUENTLY. MR. SOUEIDAN STATED THAT HE OWNS A BAKERY NAMED "ALAMIR BAKERY", WHICH WAS LOCATED AT [redacted] FOR THE PAST FIVE YEARS IT WAS MOVED TO [redacted] ONE MONTH AGO THEIR PHONE NUMBER IS [redacted] HE AND HIS WIFE SANAA AND THREE CHILDREN LIVE AT [redacted] AND [redacted] MR. SOUEIDAN'S CELL PHONE WAS EXAMINED [redacted]. MR. SOUEIDAN WAS GIVEN THE INSPECTION OF ELECTRONIC DEVICES TEAR SHEET AND SCBPO [redacted] A PSM CROSS-TRAINED SUPERVISOR WAS PRESENT DURING THE INSPECTION. THE ITEM WAS RETURNED TO MR. SOUEIDAN AT THE COMPLETION OF THE EXAM. [redacted]. MR. SOUEIDAN AND HIS WIFE DEPARTED THE FIS AREA AT 1815WITHOUT INCIDENT. UPDATE: TUE AUG 20 21:56:08 EDT 2013 ENTERED BY: [redacted] [redacted]
#: [redacted]

**Entered By** [redacted] | **Created Date/Time:** 08/20/2013 23:03 EDT
x

**Entered By:** [redacted] **Created Date/Time:** 08/20/2013 23:00 EDT

~~**For Official Use Only / Law Enforcement Sensitive**~~

**U.S. Customs and Border Protection**

**U.S. Department of Homeland Security**

**TECS - Secondary Inspection Report**



[redacted]

On August 20, 2013, Mr. Abdallah SOUEIDAN arrived at Terminal 2 at the Los Angeles International Airport on board Air France Airlines flight number AF-72 from, Lebanon via Paris, France with his wife, Sana Soueidan. [redacted]

At 17:15 hours, Mr. SOUEIDAN and his wife Sanaa were met at the gate [redacted] and were escorted to Passport Control Primary to apply for admission as a United States Citizen. Mr. SOUEIDAN was processed at Passport Control Primary and was referred [redacted] for further examination. Mr. SOUEIDAN was escorted to carousel four to retrieve their check-in bags.

At 1725 hours, Mr. SOUEIDAN was escorted to [redacted] Secondary Area and a binding declaration was obtained [redacted] A thorough search was conducted [redacted]

During the examination, Mr. SOUEIDAN stated that he and his wife are returning from a Six day trip outside of the U.S. He stated that they went to Yater, Lebanon to visit his father. They stayed in Lebanon for six days. Mr. SOUEIDAN stated that his father is 88 years old and in poor health. He tries to visit his father frequently.

Mr. SOUEIDAN stated that he owns a bakery named "Alamir Bakery", which was located at [redacted]. For the past five years it was moved to [redacted] one month ago their phone number is [redacted] He and his wife Sanaa and three children live at [redacted]. Home Phone [redacted].

[redacted]

Mr. SOUEIDAN's cell phone was examined [redacted]

. Mr. SOUEIDAN was given the Inspection of Electronic Devices tear sheet and SCBPO [redacted] a PSM cross-trained supervisor was present during the inspection. The item was returned to Mr. SOUEIDAN at the completion of the exam.

[redacted] Mr. SOUEIDAN and his wife departed the FIS area at 1815without incident.

UPDATE:

**Entered By:** [redacted] **Created Date/Time:** 08/20/2013 21:56 EDT

Referral Reason History

**Referred By** [redacted] **Referred Date/Time:** 08/20/2013 20:15 EDT | **Referred From:** Primary Airport

[redacted]